UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:16-CR-00011(1)-ADA |
| | § | |
| | § | |
| (1) JASON PAUL NINO | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  November 26, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) JASON PAUL NINO, which alleged that Nino violated a condition of his supervised release and recommended that Nino 's supervised release be revoked (Clerk's  Document No. 55).  A warrant issued and Nino was arrested.  On February 6, 2026, Nino appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set..

Nino appeared before the magistrate judge on February 17, 2026, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on February 17, 2026, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Nino, the magistrate judge recommends that this court

continue Nino supervised release.   The magistrate judge recommends the additional following special conditions: 1. The defendant shall participate in a program approved to provide driving under the influence and offender responsibility training, as directed by the probation officer. The defendant will pay for all costs associated with these programs. 2. The defendant shall abstain from the use of alcohol and all other intoxicants during the term of supervised release. 3. The defendant shall not possess any alcohol and shall not have any alcohol at his place of residence during the term of supervision. 4. The defendant shall not permit the consumption of alcohol at his residence during the term of supervised release. Additionally, he will not permit any individual under the influence of alcohol and/or any other intoxicant to visit him at home during the term of supervised release. 5. The defendant shall not frequent places where illegal activity and excessive alcohol use are prevalent, including bars, clubs, strip clubs, and smoke shops. (Clerk's Document  No. 67).

A party may serve and file specific,  written  objections to the proposed  findings and recommendations of a magistrate  judge within fourteen  days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).  A party's failure to timely file written  objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds  of plain error, from attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions

accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On February 17, 2026, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 66). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 67 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) JASON PAUL NINO 'sterm of supervised release is hereby CONTINUED. In addition, defendant Nino shall comply with the following special conditions:

1. The defendant shall participate in a program approved to provide driving under the influence and offender responsibility training, as directed by the probation officer. The defendant will pay for all costs associated with these programs. 2. The defendant shall abstain from the use of alcohol and all other intoxicants during the term of supervised release. 3. The defendant shall not possess any alcohol and shall not have any alcohol at his place of residence during the term of supervision. 4. The defendant shall

not permit the consumption of alcohol at his residence during the term of supervised release. Additionally, he will not permit any individual under the influence of alcohol and/or any other intoxicant to visit him at home during the term of supervised release. 5. The defendant shall not frequent places where illegal activity and excessive alcohol use are prevalent, including bars, clubs, strip clubs, and smoke shops.

**IT IS FURTHER ORDERED** that all prior conditions of supervised release are reimposed.

Signed this 18th day of February, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE